Certificate Number: 02114-PR-CC-012757818



# **CERTIFICATE OF COUNSELING**

I CERTIFY that on 10/22/10, at 1:01P o'clock M EST, REGINO CRUZ received from CredAbility, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the , an individual [or group] briefing (including a briefing conducted by telephone or on the Internet) that complied with the provisions of 11 U.S.C. §§ 109(h) and 111. A debt repayment Plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate. This counseling session was conducted   by Internet .

Date:  10-22-2010              By        /s/MAURICE DRYSDALE

                               Name      MAURICE DRYSDALE

                               Title     Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency.  *See* 11 U.S.C. §§ 109(h) and 521(b).

1