STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

1|3

In re:

REGINO CRUZ OLIVO

Case No. 10-10275-SEK

Chapter 13    Attorney Name: JOSE PRIETO CARBALLO ESQ*

## I. Appearances

| | | |
|---|---|---|
| Debtor | [✓] Present | [ ] Absent |
| Joint Debtor | [ ] Present | [ ] Absent |
| Attorney for Debtor | [✓] Present | [ ] Absent |

[ ] Pro-se
[ ] Substitute _Att. Prieto_

Date: January 20, 2011
Time: 8:20 AM    Track: —
[✓] This is debtor(s) 1st Bankruptcy filing.
Liquidation Value: T.B.D.
Creditors _Att. Sanchez - 1st Bank_

## II. Oath Administered
[✓] Yes    [ ] No

## III. Documents Filed/Provided

[✓] Schedules
[✓] Statement of Financial Affairs (SOFA)
[✓] Statement of Current Monthly Income (SCMI)
[✓] Credit counseling briefing certificate (CCC)
[ ] Waiver requested by debtor(s)
[ ] DSO Certificate

[ ] DSO Recipient's information
[✓] State Tax Returns _06-09_ [✓] Returned
[✓] Federal Tax Returns _06-09_ [✓] Returned
[ ] Evidence of income (60 days prior to petition)

## IV. Status of Meeting    [✓] Closed    [ ] Not Held    [ ] Continued _____ at _____

## V. Trustee's Report on Confirmation

[ ] FAVORABLE
[✓] UNFAVORABLE    _2 DSO accounts_

[ ] Feasibility
[✓] Insufficiently funded
[ ] Unfair discrimination
[ ] Fails liquidation value test
[ ] Fails disposable income test (I & J)
[✓] No provision for secured creditor(s)
_IRS - secured (poc 8)_

[ ] Treat value of collateral separately
[ ] No provision for insurance
[ ] Tax returns missing
  [ ] State - years _____
  [ ] Federal - years _____

[✓] No DSO certificate (Post-petition)
[ ] Evidence of income
  [ ] Missing    [ ] Incomplete
[ ] Stmt. of Current Monthly Income
  [ ] Incomplete    [ ] Missing
  [ ] Fails commitment period    [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
  [ ] Missing    [ ] More than 180 days
  [ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[ ] Other: _____

Page 1-3

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

REGINO CRUZ OLIVO

Case No. 10-10275-SEK

Chapter 13    Attorney Name: JOSE PRIETO CARBALLO ESQ*

VI. Plan (Cont.)
Date: October, 29, 2010    Base $ 39,000.00    [X] Filed    Evidence of Pmt shown: _____
Payments _1_ made out of _2_ due.    [ ] Not Filed W.U.M.O. #16069 #16070 $800.00 1/19/11

VII. Confirmation Hearing Date: January, 14, 2011

VIII. Attorney's fees as per R. 2016(b)
$3,000.00 - $ 656.00 = $ 2,344.00

IX. Documents to be provided w/in ____ days

[√] Amended schedules C-no need to claim exemption under d.1.
[ ] Insurance estimate

[ ] Amended S.O.F.A. _____
[√] Amended plan mortgage lienholder Scotiabank instead of RG Mortgage
[ ] Business Documents

[ ] Assumption/Rejection executory contract

[ ] Monthly reports for the months

[ ] Appraisal _____

[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
   [ ] Debtor    [ ] Joint debtor
[√] Other: Tax history: 2009: $2110 2008: $1572.00

[ ] Public Liability Insurance
[ ] Premises_____
[ ] Vehicle(s)_____
[√] Licenses issued by:
"Colegiación" renewal, malpractice

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other:_____

COMMENTS

(1) 3rd payment will be mailed today.
(2) Amend plan: provide step up after maturity of 1st Bank's lease - 6/13/11.
(3) Review means test- income from "guardias médicos".
(4) Amend I: include child support of $200.00.
(5) Provide DSO address - Ms. Xiomara Robles Garcia (thru ASUME) $900.00 and Ms. Adelys Garcia Delgado (thru ASUME) $1,200.00 (payroll)
provide evidence as to amount of child support - state order

Trustee/Presiding Officer
Date: January 20, 2011 (Rev.)

Page 2-3

DEBTOR(S) NAME: Regino Cruz Olivo

CASE NO. 10-10275-SEK

COMMENTS CONTINUATION:

(6) Inheritance property valued at $90,000 - free of liens. Debtor to provide copy of donation deed subscribed January, 2010; 3 heirs including debtor. Property located @ Santa Juanita, Bayamón.

(7) Debtor pays an additional car FJ Cruiser (2010) — installment w/ $545.00 used by spouse; but under father-in-law's name. — payment not listed

(8) Amend B: jewelry = $10,000.00

TRUSTEE OR PRESIDING OFFICER    3-3    DATE: 1/20/11

PAGE: 3