IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

REGINO CRUZ OLIVO

DEBTOR(S)

CASE 10-10275-SEK

CHAPTER 13

**AMENDED DOCUMENT**

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **December 03, 2010**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation of the estate is: 0.00

3. With respect to the attached payment plan:

AMENDED PLAN DATE: April 18, 2011          PLAN BASE: $51,700.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 5/13/2011

[ ] FAVORABLE          [X] UNFAVORABLE

1. [X] FEASIBILITY 11 USC § 1325(a)(6):
   Debtor owes one plan payment of $2,050.

2. [X] INSUFFICIENTLY FUNDED § 1325(b):
   Amended plan is insufficiently funded to pay IRS' priority claim.

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. [X] OTHER:
   Pending to provide: (1)DSO information and evidence of having cured all post-petition arrears since ASUME certification dtd 4/28/2011 revealed $151.40 in arrears; (2) evidence of medical license and malpractice insurance renewal

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee:$3,000.00 /$656.00/$2,344.00

Atty: JOSE M PRIETO CARBALLO

/s/ Miriam Salwen Acosta

Miriam Salwen Acosta
USDC # 208910
For:
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062